EMMA J. GIRLING, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Girling* v. *City of New York,* 134 App. Div. 927, affirmed.
(Argued December 14, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 11, 1909, upon an order which reversed an order of

the court at a Trial Term setting aside a verdict in favor of plaintiff and directed the reinstatement of said verdict in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Archibald R. Watson, Corporation Counsel (James D. Bell* of counsel), for appellant.

*Frederick S. Martyn* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.